DAVID M. SINE, State Bar #80673
SANBORN & SINE
5199 E. Pacific Coast Highway, Ste. 501
Long Beach, CA 90804-3334

Telephone:  (562) 498-3955
Facsimile:  (562) 597-7519

Attorneys for Plaintiffs:
United States of America, for the Use
and Benefit of P.S.I. Plumbing

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA For the Use and Benefit of P.S.I. PLUMBING, a California Corporation,<br><br>        Plaintiffs,<br><br>vs.<br><br>PACIFIC INDEMNITY COMPANY, a Wisconsin Corporation Authorized and Registered to Conduct Business in California; ALLEN ENGINEERING CONTRACTOR, INC., a California Corporation,<br><br>        Defendants. | Case No.: 2:14-cv-02532 CBM-JEMx<br><br>ORDER ON STIPULATION OF DISMISSAL<br><br>JS6 |

Now having reviewed the Stipulation of Dismissal by and between plaintiff United States of American For the Use and Benefit of P.S.I. Plumbing, a California Corporation through its attorneys of record Sanborn & Sine by David M. Sine, and Allen Engineering Contractor, Inc., a California Corporation through its attorneys of record Bruckner Law Firm by William L. Bruckner, and Good Cause Appearing,

---

ORDER ON STIPULATION OF DISMISSAL

1  IT IS ORDERED that the Complaint against Allen Engineering Contractor,
2  Inc., a California Corporation, is hereby dismissed.
3
4
5  Date: 6/10/14                    _____
6                                   Judge, United States District Court
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER ON STIPULATION OF DISMISSAL